No. 80–6337. HUFFMAN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–6338. RYAN *v.* MITCHELL, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 80–6339. PORTER *v.* MILLER, DETENTION CENTER SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 80–6340. BAKER ET AL. *v.* METCALFE, JUDGE. C. A. 5th Cir. Certiorari denied.

No. 80–6343. WARD *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 80–6344. PAYNE *v.* ET & WNC TRANSPORTATION CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–6347. MILLER *v.* TRW, INC., CREDIT DATA DIVISION. C. A. 9th Cir. Certiorari denied.

No. 80–6349. ANDERSON *v.* MORROW ET AL. Sup. Ct. Colo. Certiorari denied.

No. 80–6350. JOHN *v.* FENTON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 80–6351. LITTLEFIELD *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 80–6353. ASHLOCK *v.* SHIELDS. C. A. 4th Cir. Certiorari denied.

No. 80–6357. HUGHES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.